# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| S.P.S., *ex rel.* SHORT, *et al.* | |
| *Plaintiffs*, | CIVIL ACTION |
| v. | FILE NO. 1:19-CV-04960-AT |
| BRAD RAFFENSPERGER, *et al.*, | |
| *Defendants*. | |

## <u>DECLARATION OF MICHAEL FRONTERA, ESQ.</u>

Pursuant to 28 U.S.C. § 1746, I, Michael Frontera, make the following declaration:

1.

My name is Michael Frontera. I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

2.

I am the Executive Vice President and General Counsel for Dominion Voting Systems ("Dominion"). I was previously the Executive Vice President of Operations and General Counsel for Dominion. Prior to that, I was an independent consultant in the voting system industry and before that time,

1

the Vice President of Operations for Sequoia Voting Systems. Prior to joining Sequoia Voting Systems, I was the Executive Director of the City and County of Denver Election Commission. I have been working in elections since 1993.

3.

Georgia is implementing a voting solution developed by Dominion for its elections. Specifically, Georgia has purchased Dominion Democracy Suite for use in its elections. Democracy Suite includes ImageCast X Ballot-Marking Devices (BMD), which operate with a printer to produce a paper ballot, and ImageCast Precinct Polling Place Scanners, which are optical scanners which allow ballots to be scanned and tabulated. Dominion is also providing KNOWiNK Poll Pads for voter check-in.

4.

Plaintiffs note that the Dominion voting system "has the built-in capability to rotate names on the ballot." [Doc. 23, p. 24]. Plaintiffs correctly note that Dominion's ImageCast X BMDs, ImageCast Precinct Scanner and ImageCast Central scanner have the capability of performing standard ballot rotation.

5.

In particular, with respect to BMDs versus hand-marked paper ballots, rotations are done via the touchscreen from precinct to precinct and is

therefore easier to implement and much less costly as rotation variations do not need to be printed. Because the technology utilizes those functions already, Dominion can turn on that functionality at any point if a state authorizes it.

6.

While standard ballot rotation is part of the ImageCast X BMDs and part of its EAC certification, Georgia did not certify the ballot rotation component as part of its state certification of the system because it did not need to do so under existing law.

7.

Adding the ballot rotation functionality to the Georgia system at this point may require additional payments from the state, because the system was quoted for the law in place at the time. Adding features not required by the law in place at the time of the procurement is an additional expense.

8.

The key to ballot rotation is the type of rotation taking place. For example, county-by-county rotation is easier to implement because it requires the same number of ballot styles as a non-rotation setup. Precinct-by-precinct rotation requires additional ballot styles within each county. The Dominion

ImageCast X BMDs are not EAC-certified to generate complete randomization of candidate names.

9.

Georgia is currently executing a major transition to the Dominion ImageCast X BMD system. From our experience implementing voting systems in jurisdictions, the more steps that are added for a new system, the more challenging the implementation can become.

10.

Georgia is currently moving forward quickly with the implementation of the system without ballot rotation. We would not recommend adding an additional step to the implementation at this point.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of December, 2019.

_____
MICHAEL FRONTERA, ESQ.