IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| S.P.S., *ex rel.* SHORT, *et al.*<br><br>   Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>   Defendants. | CIVIL ACTION<br><br>FILE NO. 1:19-CV-04960-AT |

**DEFENDANTS BRAD RAFFENSPERGER, DAVID WORLEY, REBECCA SULLIVAN, ANH LE, AND SETH HARP'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendants Secretary of State Brad Raffensperger and State Election Board Members David J. Worley, Rebecca N. Sullivan, Anh Le, and Seth Harp (the "Defendants") move to dismiss Plaintiffs' claims in their entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6). In support of this motion, Defendants rely on their Brief in Support of Motion to Dismiss Plaintiffs' First Amended Complaint, which is filed with this motion.

Respectfully submitted this 10th day of January, 2020.

                                        Christopher M. Carr
                                        Attorney General
                                        Georgia Bar No. 112505
                                        Annette M. Cowart
                                        Deputy Attorney General

Georgia Bar No. 191199
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene S. McGowan
Assistant Attorney General
Georgia Bar No. 697316
Office of the Georgia Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249

*Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing DEFENDANTS BRAD RAFFENSPERGER, DAVID WORLEY, REBECCA SULLIVAN, ANH LE, AND SETH HARP'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson