IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| S.P.S. ex rel. SHORT, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 1:19-cv-4960-AT |
| v. | : | |
| | : | |
| BRAD RAFFENSPERGER, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on Defendants' Notice of Supplemental Authority regarding the Eleventh Circuit's April 29, 2020 decision in *Jacobson v. Florida Secretary of State*, Appeal No. 19-14552. The district court's underlying decision granting an injunction prohibiting the State of Florida from continuing to implement its ballot order statute is central to Plaintiffs' arguments in their pending Motion for Preliminary Injunction and in their Response to Defendants' Motion to Dismiss.  On April 29, 2020, the Eleventh Circuit found that the plaintiffs lacked standing in the course of reviewing the substantive legal claims at stake and vacated the district court's decision and remanded the case back with instructions to dismiss for lack of justiciability.

Accordingly, Plaintiffs are **DIRECTED** to file a Supplemental Brief addressing the impact of the Eleventh Circuit's decision in *Jacobson v. Florida Secretary of State* on their claims and their pending Motion for Preliminary

Injunction and Defendants' Motion to Dismiss.  Plaintiffs **SHALL** file the Supplemental Brief **NO LATER THAN MAY 15, 2020**.  Defendants may file a Response **NO LATER THAN MAY 29, 2020** and Plaintiffs may file a Reply, if necessary, **NO LATER THAN JUNE 12, 2020**.

    **IT IS SO ORDERED** this 1st day of May, 2020.

                                                               **AMY TOTENBERG**
                                                             **UNITED STATES DISTRICT JUDGE**